**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HAMID JAVADI; et al., | No. 12-73931 |
| Petitioners, | Agency Nos. A098-522-637 |
| v. | A098-522-638 |
| | A098-522-639 |
| LORETTA E. LYNCH, Attorney General, | A098-522-640 |
| Respondent. | MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 21, 2015[**]

Before:     CANBY, BEA, and MURGUIA, Circuit Judges.

Hamid Javadi and Mojgan Fooroughi, natives of Iran and citizens of Iran

and Germany, and Armin Javadi and Zara Eileen Javadi, natives and citizens of

Germany, petition for review of the Board of Immigration Appeals' ("BIA") order

denying their motion to reopen removal proceedings and reissue its previous

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

decision.  We dismiss the petition for review.

We lack jurisdiction to review the BIA's decision to decline to exercise its discretionary authority pursuant to 8 C.F.R. § 1003.2(a) to reopen and reissue its December 2011 decision.  *See Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011).

**PETITION FOR REVIEW DISMISSED.**